IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

Computron Medical Corporation,

    Plaintiff,

v.                                                       07 C 6482

Yellow Transportation, Inc.                       Judge Gettleman

    Defendant.

Notice of Motion and Proof of Service

To:     Metge, Spitzer & Kreid, Attn: Bruce C. Spitzer, Esq. 30 W. Monroe St., Suite 630, Chicago IL 60603

          Blackwell & Sanders, Attn: Kenneth R. Hoffman, Esq., 4801 Main St, Suite 1000, Kansas City, MO 64112

          KINDLY TAKE NOTICE that on 6 Dec 07 @ 9:15 am I'll appear before Judge Gettleman or his substitute in Dirksen Building Courtroom 1703 and present Plaintiff's Motion to Remand. On 28 Nov 07 I have electronically filed Plaintiff's Motion To Remand with the Clerk of the Chicago Federal District Court and have electronically served you on the same day.

s/ William B. Thompson #3123041
Attorney for Plaintiff
P.O. Box 584, Wheaton, IL 60189
630-690-1971