# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6482 | **DATE** | 12/7/2007 |
| **CASE TITLE** | Computron Medical Corp.    vs    Yellow Transportation | | |

**DOCKET ENTRY TEXT:**

This cause is dismissed with prejudice and without costs.
The Court retains jurisdiction to enforce the settlement agreement.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|